JUSTICE NELSON
specially concurs and dissents.
I concur with the Court’s opinion on all issues except Issue 2. On that issue I would remand and require application of the 1992 guidelines, and if the District Court awards support in excess of those guidelines, I would require proper justification in the court’s findings and conclusions. In that regard I would also hold that the District Court (a) was correct in including Ken’s earned income from his second and third jobs. Section 46.30.1508(3), ARM; (b) was correct in excluding Debra’s retirement fund, but in error in not including her monthly contribution to that fund in her gross income, unless there is evidence that Debra is contributing to an IRS-approved plan. Section 46.30.1516(1), ARM; and (c) erred in including Ken’s equity in his shop building since it was a performing asset. Section 46.30.1514, ARM.